**BRIAN T. DUNN, ESQ. (SBN 176502)**
Email: bdunn@cochranfirm.com
**THE COCHRAN FIRM CALIFORNIA**
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010
Telephone: (323) 435-8205
Facsimile: (323) 282-5280

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLFO CARDENAS, individually, | **CASE NO.:** |
| | **COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL** |
| Plaintiff, | |
| v. | **1.  Violations of Civil Rights (42 U.S.C. § 1983) (Based on Unreasonable Use of Force)** |
| CITY OF SANTA MARIA, a municipal entity, ANDY BRICE, and DOES 1 through 25, inclusive, | **2.  Battery (Cal. Government Code §§ 815.2(a), 820(a); Cal. Civil Code § 43)** |
| Defendants. | **3.  Negligence (Cal. Government Code §§ 815.2(a), 820(a))** |
| | **4.  Violations of Civil Rights (Cal. Civ. Code § 52.1)** |

_____

## JURISDICTION AND VENUE

1.    Jurisdiction is vested in this court under 28 U.S.C. § 1343(3)-(4) for violations of the 1871 Civil Rights Enforcement Act, as amended, including 42 U.S.C. § 1983 and 28 U.S.C. § 1331.

THE COCHRAN FIRM – CALIFORNIA
4929 Wilshire Boulevard, Suite 1010, Los Angeles, CA 90010
(323) 435-8205 Telephone , (323) 282-5280 Facsimile

2.    Venue is proper in the Central District of California under 28 U.S.C. § 1391(a)-(b).

## PARTIES

3.    Plaintiff ADOLFO CARDENAS (hereinafter sometimes referred to as "Plaintiff") is, and at all relevant times mentioned herein was, a resident of the County of Ventura and State of California.

4.    Defendant CITY OF SANTA MARIA (hereinafter sometimes referred to as "CITY") is, and at all relevant times mentioned herein was, a municipal entity or political subdivision of the United States, organized and existing under the laws of the State of California.

5.    Upon information and belief, Defendant ANDY BRICE is a resident of the County of Ventura and State of California. At all times relevant to the acts and omissions herein alleged, ANDY BRICE was a sworn peace officer, acting under color of law and in the course and scope of his employment with the CITY OF SANTA MARIA and the SANTA MARIA Police Department.

6.    Plaintiff is informed and believes, and thereupon alleges, that DEFENDANT DOE OFFICERS ("DEFENDANT DOE OFFICERS") are, and at all relevant times mentioned herein were, residents of the County of  LOS ANGELES  and State of California. Further, at all times relevant to the acts and omissions herein alleged, DEFENDANT DOE OFFICERS were sworn peace officers employed by the Defendant CITY and the SANTA MARIA Police Department.

7.    On or around April 21, 2023, a timely Claim for Damages was submitted to the City of SANTA MARIA, in substantial compliance with California Government Code § 910, et seq. At the time of the filing of this Complaint, said claim has been denied.

8.    Plaintiff is unaware of the true names and capacities of those DEFENDANT DOE OFFICERS named as individual defendants herein. Plaintiff will

THE COCHRAN FIRM – CALIFORNIA
4929 Wilshire Boulevard, Suite 1010, Los Angeles, CA 90010
(323) 435-8205 Telephone . (323) 282-5280 Facsimile

2

1  amend this Complaint to allege said Defendants' true names and capacities when that

2  information becomes known to Plaintiff.

3     9.     Plaintiff is informed, believes, and thereon alleges that said DEFENDANT

4  DOE OFFICERS are legally responsible and liable for the incident, injuries, and

5  damages hereinafter set forth, and that each of said Defendants proximately caused the

6  injuries and damages by reason of negligent, careless, deliberately indifferent,

7  intentional, willful, or wanton misconduct, including the negligent, careless, deliberately

8  indifferent intentional, willful, or wanton misconduct in creating and otherwise causing

9  the incidents, conditions, and circumstances hereinafter set forth, or by reason of direct

10 or imputed negligence or vicarious fault or breach of duty arising out of the matter

11 herein alleged. Plaintiff will seek leave to amend this Complaint to set forth said true

12 names and identities of the unknown named DEFENDANT DOE OFFICERS when they

13 are ascertained.

14    10.    Each of the individual Defendants sued herein is sued both in his individual

15 and personal capacity, as well as in his or her official capacity.

16    11.    Plaintiff is informed, believes, and thereon alleges that at all times herein

17 mentioned, each of the Defendants was the agent and/or employee and/or co-conspirator

18 of each of the remaining Defendants, and in doing the things hereinafter alleged, was

19 acting within the scope of such agency, employment, and/or conspiracy and with the

20 permission and consent of other co-Defendants.

21              **FACTS COMMON TO ALL COUNTS**

22    12.    This Complaint concerns the unreasonable use of an electronic control

23 device, (hereinafter referred to as a "TASER") by Defendant Santa Maria Police

24 Department Officer ANDY BRICE against Plaintiff ADOLFO CARDENAS. The

25 subject incident occurred in the afternoon hours of October 24, 2022, at or around

26 Plaintiff's residence, located at 412 S. Oakley Street in the City of Santa Maria. At the

27 time of the subject incident, Plaintiff was peacefully present at or around his residence

28 when, without warning, Officer ANDY BRICE who, while acting under color of law

THE COCHRAN FIRM – CALIFORNIA
4929 Wilshire Boulevard, Suite 1010, Los Angeles, CA 90010
(323) 435-8205 Telephone , (323) 282-5280 Facsimile

3

and in the course and scope of his employment with the CITY OF SANTA MARIA and the SANTA MARIA police department, negligently assessed the circumstances presented to him, and attacked Plaintiff by shooting Plaintiff with a TASER and causing Plaintiff to fall, thereby inflicting severe and permanent injuries against Plaintiff.

13.    At all times relevant to the acts and omissions herein alleged, Plaintiff was engaged in no criminal activity, was not wanted in connection with any criminal activity, had no warrants or wants by any law enforcement agency, and was not engaged in any activities or actions that would warrant the use of any quantum of police force against him. Notwithstanding these facts, ANDY BRICE, in deploying his TASER, caused Plaintiff to subjected to unreasonable and potentially deadly force in a manner not warranted by any reasonable law enforcement objective.

14.    Upon information and belief, Plaintiff further contends that the ANDY BRICE was negligently hired, trained, and retained by the City of SANTA MARIA and the SANTA MARIA Police Department, in that it was or should have been plainly obvious to the City of Santa Maria and the SANTA MARIA Police Department that ANDY BRICE was prone to deploy his TASER without reasonable justification, and in a manner that demonstrates callous disregard for the rights and safety of third parties, and to assault and batter persons and/or use unnecessary, unreasonable and/or unlawful physical force without reasonable justification, all of which was a further and proximate cause of the injuries to Plaintiff.

15.    Plaintiff further contends that his injuries were the proximate result of unconstitutional policies and customs of the City of SANTA MARIA and the SANTA MARIA Police Department which include, but are not limited to, unjustifiably deploying department issued TASERS, at unarmed, non-dangerous individuals, including Plaintiff, inadequately training and supervising officers with respect to the reasonable and proper use of the TASER, inadequately training and supervising  officers with respect to the reasonable and proper police procedures for the detention and arrest

THE COCHRAN FIRM – CALIFORNIA
4929 Wilshire Boulevard, Suite 1010, Los Angeles, CA 90010
(323) 435-8205 Telephone , (323) 282-5280 Facsimile

4

suspects, and deliberately and consciously approving, endorsing, and ratifying unconstitutional seizures, unconstitutional uses of excessive force, and other unconstitutional acts.

## FOR THE FIRST CAUSE OF ACTION
### (Against DEFENDANT ANDY BRICE
### For Violations of Civil Rights)
### [42 U.S.C. §1983]
### (Based on Unreasonable Use of Force)

16.     Plaintiff restates and incorporates by reference the foregoing paragraphs of this Complaint as if set forth in full at this point.

17.     This cause of action is set forth herein to redress the deprivation, under color of statute, ordinance, regulation, policy, custom, practice, and/or usage, of rights, privileges, and/or immunities secured to Plaintiff by the Fourth Amendment to the Constitution of the United States, including, but not limited to, the right to be free from unreasonable governmental seizures of Plaintiff's person.

18.     Plaintiff is informed, believes, and thereupon alleges that at all times mentioned herein, the Defendant CITY employed Defendant Officer ANDY BRICE, and provided him with official badges and identification cards which designated and described him as an employee of the Defendant CITY and the SANTA MARIA Police Department.

19.     Plaintiff is informed, believes, and thereon alleges that at all times relevant to the acts and omissions herein alleged, ANDY BRICE acted under color of law as a peace officer, and was employed by the Defendant CITY and the SANTA MARIA Police Department, and acted in the course and scope of his employment with the Defendant CITY and the SANTA MARIA Police Department.

20.     On October 24, 2022, at or around 412 S. Oakley Street in the City of Santa Maria, Plaintiff was peacefully present at or around his residence when, without warning, Officer ANDY BRICE who, while acting under color of law and in the course

THE COCHRAN FIRM – CALIFORNIA
4929 Wilshire Boulevard, Suite 1010, Los Angeles, CA 90010
(323) 435-8205 Telephone , (323) 282-5280 Facsimile

and scope of his employment with the CITY OF SANTA MARIA and the SANTA MARIA police department, negligently assessed the circumstances presented to him, and attacked Plaintiff by shooting Plaintiff with a TASER and causing Plaintiff to fall, thereby inflicting severe and permanent injuries against Plaintiff.

21. At all times relevant to the acts and omissions herein alleged, Plaintiff had committed no criminal activity, was not wanted in connection with any criminal activity, had no warrants or wants by any law enforcement agency, and was not engaged in any activity or action that would warrant the use of any quantum of police force against him. Notwithstanding these facts, ANDY BRICE, in deploying his TASER in such a manner as to cause debilitating, and permanent injuries to Plaintiff, proximately caused Plaintiff to subjected to unreasonable and potentially deadly force in a manner not warranted by any reasonable law enforcement objective.

22. Throughout the time in which Plaintiff was subjected to the unreasonable and the excessive deployment and use of the police TASER, Plaintiff was not resisting or fleeing ANDY BRICE, and made no aggressive movements, furtive gestures, or physical movements suggesting any propensity for violence, and was not undertaking any actions which would have led a reasonable law enforcement officer to believe that Plaintiff was armed with any kind of weapon, or posed a threat to the safety of any person. Accordingly, Plaintiff did nothing to justify the force used against him, and the same was excessive, unnecessary, and unlawful.

23. At all times mentioned herein, ANDY BRICE acted under color and pretense of law, and under color of the statutes, ordinances, regulations, policies, practices, customs, and/or usages of the State of California and the Defendant CITY, and deprived Plaintiff of the rights, privileges, and/or immunities secured to Plaintiff by the Fourth Amendment to the Constitution of the United States and the laws of the United States, including, but not limited to, the right to be free from unreasonable governmental seizures of Plaintiff's person.

6

24.     Plaintiff had the right to be free from unreasonable governmental seizures of his person, a right which was secured to Plaintiff by the provisions of the Fourth Amendment to the United States Constitution, and by 42 U.S.C. § 1983. All of these interests were implicated by the wrongful conduct of ANDY BRICE, which proximately caused Plaintiff to suffer severe and debilitating injuries caused by ANDY BRICE'S unreasonable use of force.

25.     Plaintiff is informed and believes, and thereupon alleges, that in unreasonably seizing Plaintiff's person, as described in the foregoing paragraphs of this Complaint, ANDY BRICE acted outside the scope of their jurisdiction and without authorization of law, and acted willfully, maliciously, knowingly, with reckless disregard and callous indifference to the known consequences of their acts and omissions, and purposefully with the intent to deprive Plaintiff of federally protected rights and privileges, and did in fact violate the aforementioned rights and privileges, thereby warranting punitive and exemplary damages against this individual defendant in an amount to be proven at the trial of this matter.

26.     As a direct and proximate result of the wrongful, intentional, and malicious acts and omissions of ANDY BRICE, Plaintiff was placed in great fear of the loss of life and physical well being, and has suffered and continues to suffer extreme and severe mental anguish, as well as great mental and physical pain and injury, all to Plaintiff's damage in a sum to be determined at trial. As a further direct and proximate result of the wrongful, intentional, and malicious acts and omissions of ANDY BRICE, Plaintiff was subjected to the unreasonable and excessive deployment and use of a police TASER on October 24, 2022, and was severely and permanently injured.

27.     As a further proximate result of the wrongful, intentional, and malicious acts and omissions of Defendants, Plaintiff has been required to employ, and did in fact employ, physicians and surgeons to examine, treat, and care for Plaintiff, and has

THE COCHRAN FIRM – CALIFORNIA
4929 Wilshire Boulevard, Suite 1010, Los Angeles, CA 90010
(323) 435-8205 Telephone , (323) 282-5280 Facsimile

7

incurred expenses for emergent medical services, treatment, and care and other medical services, treatment, and care in an amount according to proof at trial.

28.     Plaintiff is entitled to and hereby demands costs, attorneys' fees, and expenses pursuant to 42 U.S.C. § 1988.

## FOR THE SECOND CAUSE OF ACTION

### (Against All Defendants for Battery)

### [Cal. Gov't Code §§ 815.2(a), 820(a); Cal. Civ. Code § 43])

29.     Plaintiff restates and incorporates by reference the foregoing paragraphs of this Complaint as if set forth in full at this point.

30.     All claims asserted herein against the Defendant CITY are presented pursuant to the Defendant CITY's vicarious liability for acts and omissions of municipal employees undertaken in the course and scope of their employment pursuant to California Government Code §§ 815.2(a) and 820(a).

On October 24, 2022, at or around 412 S. Oakley Street in the City of Santa Maria, Plaintiff was peacefully present at or around his residence when, without warning, Officer ANDY BRICE who, while acting under color of law and in the course and scope of his employment with the CITY OF SANTA MARIA and the SANTA MARIA police department, negligently assessed the circumstances presented to him, and attacked Plaintiff by shooting Plaintiff with a TASER and causing Plaintiff to fall, thereby inflicting severe and permanent injuries against Plaintiff.

31.     At all times relevant to the acts and omissions herein alleged, Plaintiff had committed no criminal activity, was not wanted in connection with any criminal activity, had no warrants or wants by any law enforcement agency, and was not engaged in any activity or action that would warrant the use of any quantum of police force against him. Notwithstanding these facts, ANDY BRICE, in deploying his TASER in such a manner as to cause debilitating, and permanent injuries to Plaintiff, proximately

THE COCHRAN FIRM – CALIFORNIA
4929 Wilshire Boulevard, Suite 1010, Los Angeles, CA 90010
(323) 455-8205 Telephone , (323) 282-5280 Facsimile

8

caused Plaintiff to subjected to unreasonable and potentially deadly force in a manner not warranted by any reasonable law enforcement objective.

32.     Plaintiff is informed and believes, and thereupon alleges, that in assaulting and battering her, as described in the foregoing paragraphs of this Complaint, DEFENDANT DOE OFFICERS acted outside the scope of his jurisdiction and without authorization of law, and acted willfully, maliciously, knowingly, with reckless disregard and callous indifference to the known consequences of his acts and omissions, and purposefully with the intent to deprive Plaintiff of her protected rights and privileges, and did in fact violate the aforementioned rights and privileges, thereby warranting punitive and exemplary damages against DEFENDANT DOE OFFICERS in an amount to be proven at the trial of this matter.

33.     As a direct and proximate result of the wrongful, intentional, and malicious acts and omissions of ANDY BRICE, Plaintiff was placed in great fear for life and physical well being, and has suffered and continues to suffer extreme and severe mental anguish, as well as great mental and physical pain and injury, all to Plaintiff's damage in a sum to be determined at trial. As a further direct and proximate result of the wrongful, intentional, and malicious acts and omissions of ANDY BRICE, Plaintiff was subjected to the unreasonable and excessive deployment and use of a police TASER on October 24, 2022, and suffered severe and debilitating injuries.

34.     As a further proximate result of the wrongful, intentional, and malicious acts and omissions of, Plaintiff has been required to employ, and did in fact employ, physicians and surgeons to examine, treat, and care for Plaintiff, and has incurred expenses for emergent medical services, treatment, and care and other medical services, treatment, and care in an amount according to proof at trial.

/ / /

/ / /

THE COCHRAN FIRM – CALIFORNIA
4929 Wilshire Boulevard, Suite 1010, Los Angeles, CA 90010
(323) 435-8205 Telephone , (323) 282-5280 Facsimile

**FOR THE THIRD CAUSE OF ACTION**

**(Against All Defendants for Negligence)**

**[Cal. Gov't Code §§ 815.2(a), 820(a)])**

35.    Plaintiff restates and incorporates by reference the foregoing paragraphs of this Complaint as if set forth in full at this point.

36.    All claims asserted herein against the Defendant CITY are presented pursuant to the Defendant CITY's vicarious liability for acts and omissions of municipal employees undertaken in the course and scope of their employment pursuant to California Government Code §§ 815.2(a) and 820(a).

37.    As described in the foregoing paragraphs of this Complaint, Defendants negligently and unjustifiably inflicted physical injury upon Plaintiff by subjecting Plaintiff to the unreasonable and excessive deployment and use of a police TASER, which caused Plaintiff to suffer severe and debilitating injuries. Throughout the time in which Defendants were negligently and unjustifiably inflicting physical injury upon Plaintiff, Plaintiff was not resisting or fleeing from the involved officer, and was not undertaking any actions which would have led a reasonable peace officer to believe that Plaintiff was armed with any kind of weapon, or posed a threat to the safety of any person.

38.    Plaintiff is informed and believes, and thereupon alleges, that on and before October 24, 2022, Defendants had a duty to exercise the reasonable and ordinary care which would be expected of similarly situated peace officers in the use of force, in the deployment and use of police canines, and in the use of restraint procedures, and had a duty to exercise the reasonable and ordinary care which would be expected of similarly situated peace officers in the execution of police tactics and police procedures in approaching, arresting, attempting to detain, and/or searching for unarmed, non-dangerous civilians and suspects, including persons present on or around residential premises. Notwithstanding each of these duties, Defendants failed to exercise

THE COCHRAN FIRM – CALIFORNIA
4929 Wilshire Boulevard, Suite 1010, Los Angeles, CA 90010
(323) 435-8205 Telephone , (323) 282-5280 Facsimile

reasonable and ordinary care in committing the acts alleged herein, by actions and inactions which include, but are not limited to, negligently using excessive and unreasonable force against Plaintiff, negligently failing to utilize additional departmental resources during the detention and/or arrest of Plaintiff, negligently failing to utilize available forms of cover and concealment during the detention and/or arrest of Plaintiff, negligently failing to maintain a position of tactical advantage during the detention and/or arrest of Plaintiff, negligently failing to communicate and/or effectively communicate with one another, with other departmental personnel and resources, with the police canine, and with Plaintiff during the detention and/or arrest of Plaintiff, negligently failing to utilize force options and other alternatives less intrusive than the force employed during the detention and/or arrest of Plaintiff, negligently failing to de-escalate the situation involving Plaintiff, negligently employing a tactical response to the situation involving Plaintiff that resulted in the infliction of unnecessary and preventable injury to Plaintiff, negligently failing to determine the fact that Plaintiff posed no threat to the safety of any person prior to and during the course of the events alleged herein, negligently inflicting physical injury upon Plaintiff, as described herein, negligently employing force against Plaintiff when the same was unnecessary and unlawful, negligently deploying and using a police canine when the same was unnecessary and unlawful, negligently failing and/or refusing to terminate the unreasonable and excessive deployment and use of the TASER, and negligently using improper and excessive restraint procedures. All of these negligent acts proximately caused Plaintiff's injuries, which include severe and debilitating injuries, as described herein.

39.     As a direct and proximate result of the negligent acts and omissions of the Defendants, and each of them, Plaintiff suffered severe and permanent injuries to his mind and body, including severe and debilitating bite injuries, and was placed in great fear for his life and physical well being, and has suffered and continues to suffer

THE COCHRAN FIRM – CALIFORNIA
4929 Wilshire Boulevard, Suite 1010, Los Angeles, CA 90010
(323) 435-8205 Telephone . (323) 282-5280 Facsimile

extreme and severe mental anguish, as well as great mental and physical pain and injury, all to his damage in a sum to be determined at trial.

40.     As a further proximate result of the negligent acts and omissions of the Defendants, and each of them, Plaintiff has been required to employ, and did in fact employ, physicians and surgeons to examine, treat, and care for him, and has incurred and continues to incur expenses for emergent medical services, treatment, and care and other medical services, treatment, and care in an amount according to proof at trial.

## FOR THE FOURTH CAUSE OF ACTION
### (Against ALL DEFENDANTS For Violations of Civil Rights)
### [Cal. Civ. Code § 52.1]
### (Based on Unreasonable Use of Force)

41.     Plaintiff restates and incorporates by reference the foregoing paragraphs of this Complaint as if set forth in full herein.

42.      All claims asserted herein against the Defendant CITY are presented pursuant to the Defendant CITY's vicarious liability for acts and omissions of municipal employees undertaken in the course and scope of their employment pursuant to California Government Code §§ 815.2(a) and 820(a).

43.     This cause of action is brought pursuant to Cal. Civ. Code § 52.1 to redress deprivations of civil rights, and specifically, Plaintiff's right to be free from unreasonable searches and seizures and excessive force at the hands of sworn peace officers acting under color of law, as secured to Plaintiff by the United States Constitution and the California State Constitution.

44.     As described in the foregoing paragraphs of this Complaint, Plaintiff was subjected to severe and debilitating physical injuries proximately caused by the acts and omissions of ANDY BRICE, who, through the use of unreasonable physical force, intended to deprive, and did in fact deprive Plaintiff of her constitutionally protected right to be free from excessive and unreasonable force, as described in the foregoing

THE COCHRAN FIRM – CALIFORNIA
4929 Wilshire Boulevard, Suite 1010, Los Angeles, CA 90010
(323) 435-8205 Telephone , (323) 282-5280 Facsimile

paragraphs of this complaint, and that in inflicting unlawful physical force against Plaintiff, acted with personalized contempt that existed separate and apart from their efforts to deprive Plaintiff of the constitutional rights described herein, which directly and proximately caused severe, permanent, and debilitating injuries to Plaintiff's mind and body, as described in the foregoing paragraphs of this Complaint, entitling plaintiff to compensatory, exemplary, and punitive damages against individual defendants, as well as statutory attorneys' fees.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs pray for judgment against Defendants as follows:

1.  For general and special damages in an amount according to proof at trial;
2.  For medical and related expenses according to proof at trial;
3.  For costs of suit incurred herein;
4.  For attorneys' fees incurred herein, as provided by law;
5.  For punitive damages against the individual Defendants in their individual capacities in an amount according to proof at trial; and
6.  For such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands that a jury be impaneled for the trial of this matter.

DATED:  December 1, 2023          Respectfully submitted,

**THE COCHRAN FIRM CALIFORNIA**


By:  /s/ Brian T. Dunn
          BRIAN T. DUNN
          Attorneys for Plaintiffs

13

THE COCHRAN FIRM – CALIFORNIA
4929 Wilshire Boulevard, Suite 1010, Los Angeles, CA 90010
(323) 435-8205 Telephone . (323) 282-5280 Facsimile