JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLFO CARDENAS,<br><br>   Plaintiff,<br><br>   v.<br><br>CITY OF SANTA MARIA and ANDY BRICE,<br><br>   Defendants. | Case No. CV 23-10146 MRW<br><br>JUDGMENT |

  Pursuant to the Order Granting Summary Judgment,

  IT IS ADJUDGED that judgment be entered in favor of Defendants City of Santa Maria and Andy Brice and against Plaintiff.

DATE: August 12, 2024

_____
HON. MICHAEL R. WILNER
U.S. MAGISTRATE JUDGE